**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Petters Group Worldwide, LLC,
Petters Company, Inc.,

      Plaintiffs,                          Civil No. 09-603 (RHK/JJG)

vs.                                     **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

Greenwich Insurance Company,
XL Specialty Insurance Company,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 19, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge