**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Petters Group Worldwide, LLC, Petters Company, Inc., | Civil No. 09-603 (RHK/JJG) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Greenwich Insurance Company, XL Specialty Insurance Company, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 28), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 28, 2010

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge